UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTI A. COZZA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN SMITH, JOHN HOLLERBACH<br>and CITY OF BOSTON,<br><br>    Defendants. | C.A. No. 21-11953 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.A. §§1331, 1441 and 1446, defendant City of Boston (the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1. On September 23, 2021, the plaintiff commenced a civil action in the Suffolk Superior Court against the defendants, styled *Kristi A. Cozza. v. Kevin Smith, John Hollerbach, and City of Boston,* C. A. No. 2184CV02350 (the "State Court Action"). Plaintiff's complaint asserts seven (7) counts against three defendants – the City of Boston; co-defendant Officer Kevin Smith; and co-defendant John Hollerbach.

2. Plaintiff's first three counts assert federal claims under 42 U.S.C. § 1983 against Kevin Smith, John Hollerbach, and the City of Boston.

3. Plaintiff also asserts a state statutory claim under the Massachusetts Civil Rights

Act (M.G.L. c. 12 § 11I) against Kevin Smith and John Hollerbach.

4. Plaintiff further asserts a common law claim of assault and battery against Kevin Smith and common law claims of false arrest and intentional infliction of emotional distress against Kevin Smith and John Hollerbach.

5. As required by 28 U.S.C. §1446(a), attached as **Exhibit A** are copies of all process, pleadings and orders served upon the City in the State Court Action. The Notice of Removal is timely. Service of Plaintiff's complaint was made on the City on November 4, 2021. This Notice of Removal was filed prior to the expiration of 30 days from the date of service. *See* 28 U.S.C. §1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

6. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as the civil action arises under Chapter 42 of the United States Code.

7. Venue is proper in this Court pursuant to 28 U.S.C.A. §1441(a) because the State Court Action is pending in Massachusetts.

8. All defendants who are known to have been served have consented, as required by 28 U.S.C. 1446(b)(2)(A), to the removal of this action to the United States District Court for the District of Massachusetts.

9. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal (attached as Exhibit B) will be filed in the Suffolk Superior Court upon filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date:  December 3, 2021                                        Respectfully submitted,

**CITY OF BOSTON,**

By its attorneys:
ADAM CEDERBAUM
Corporation Counsel


*/s/ Edward F. Whitesell*
Edward F. Whitesell, Jr. (BBO#644331)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4045
edward.whitesell@boston.gov


**CERTIFICATE OF SERVICE**

    I, Edward F. Whitesell, Jr. hereby certify that on December 3, 2021, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, as well as by email to counsel for the plaintiff, Richard M. Welsh.

*/s/ Edward F. Whitesell*
Edward F. Whitesell, Jr.