UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **KRISTI A. COZZA** | ) | |
|     Plaintiff | ) | |
|  | ) | C.A. No. 21-111953-WGY |
| vs. | ) | |
|  | ) | |
| **KEVIN SMITH,** | ) | |
| **JOHN HOLLERBACH** | ) | |
| **CITY OF BOSTON** | ) | |
|     Defendants | ) | |

## THE PLAINTIFF KRISTI A. COZZA'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT KEVIN SMITH

Please enter the default of the Defendant, Kevin Smith, pursuant to Fed. R. Civ. P. 55(a) for his failure to plead or otherwise defend as appears from the attached affidavit.

                                               The Plaintiff,
                                               By Her Attorney,

                                               */s/  Richard M. Welsh, Jr.*
                                               Richard M. Welsh, Jr., BBO# 552732
                                               **Law Offices of Howard M. Kahalas, P.C.**
                                               6 Beacon Street, Suite 1020
                                               Boston, MA 02108
                                               (617) 523-1155
                                               rwelsh@kahalaslaw.com

Dated:  August 31, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. I further certify that a copy of this document has been sent via certified mail to Kevin Smith.

Dated: August 31, 2023　　　　　　　　　*/s/ Richard M. Welsh, Jr.*
　　　　　　　　　　　　　　　　　　　　Richard M. Welsh, Jr.