UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

KRISTI A. COZZA
Plaintiff

                                                  CIVIL ACTION
                                                  NO. 21cv11953-WGY

     V.

CITY OF BOSTON AND JOHN HOLLERBACH
Defendants

**SETTLEMENT ORDER OF DISMISSAL**

**YOUNG, D.J.**

    The Court having been advised on September 1, 2023, that the above-entitled action has been settled as to the City of Boston (Massachusetts) and John Hollerbach.

    **IT IS ORDERED** that this action is hereby dismissed as to the City of Boston (Massachusetts) and John Hollerbach without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                             By the Court,

September 8, 2023                                                    /s/Matthew A. Paine
Date                                                                Deputy Clerk